HON. KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SHANNON CONRADI and JESSICA A. RAINES,<br><br>        Plaintiffs,<br><br>        v.<br><br>LEWIS COUNTY, WASHINGTON; LEWIS COUNTY JUVENILE DETENTION OFFICER STEPHANIE DIBBLE; and R. ROE 1-5,<br><br>        Defendants. | No. C08-5567 KLS<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

## STIPULATION

COME NOW the parties to this action and stipulate to the entry of an order of voluntary dismissal with prejudice in this action which provides as follows:

1. All claims made by Plaintiffs Shannon Conradi and Jessica A. Raines in this action are dismissed with prejudice as to all defendants.

2. Each party shall pay his, her, or its own attorney fees and costs.

3. Defendant Lewis County shall pay the costs of the videographer associated with the Plaintiff Conradi's failure to appear for a deposition in this matter.

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE - 1

No. C08-5567 KLS
cd080901

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| | |
|---|---|
| MacDONALD HOAGUE & BAYLESS | MICHAEL GOLDEN<br>Lewis County Prosecuting Attorney |
| By: s/_____<br>Joseph R. Shaeffer, WSBA # 33273<br>Attorneys for Plaintiffs | By: s/_____<br>J. David Fine, WSBA # 33362<br>Attorneys for Defendants |
| DATED this 10th day of April 2009. | DATED this 10th day of April 2009. |

## **ORDER**

Based upon the above set out stipulation of the parties, dismissal of this matter is entered as follows:

1. All claims made by Plaintiffs Shannon Conradi and Jessica A. Raines in this action are dismissed with prejudice as to all defendants.

2. Each party hereto shall pay his, her, or its own attorney fees and costs.

3. Defendant Lewis County shall pay the costs of the videographer associated with the Plaintiff Conradi's failure to appear for a deposition in this matter.

DATED this 13th day of April, 2009.


_____
Karen L. Strombom
United States Magistrate Judge

_____

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS


By: s/_____
Joseph R. Shaeffer, WSBA # 33273
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH
PREJUDICE - 2

No. C08-5567 KLS
cd080901

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

MICHAEL GOLDEN
Lewis County Prosecuting Attorney


By: s/_____
    J. David Fine, WSBA # 33362
    Attorneys for Defendants

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH
PREJUDICE - 3

No. C08-5567 KLS
cd080901

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961